FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1679
_____

J2 DEVELOPMENT, LLC,

Appellant,

v.

ALBERTO GUZMAN and EMERALD
COAST PROPERTY GROUP
PLAYGROUND INN,

Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

November 19, 2025

PER CURIAM.

AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael H. Crew and Jill W. Crew, Southern Legal, P.A., Fort Walton Beach, for Appellant.

Craig S. Barnett, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale; Elizabeth Desloge Ellis, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Tallahassee, for Appellees.